UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-114 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| RICHARD T. ALLEN, JR. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

On November 5, 2019, United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 27) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Three of the three-count indictment; (2) accept Defendant's guilty plea to Count Three of the three-count indictment; (3) adjudicate Defendant guilty of aiding and abetting the distribution of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 25) until sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 27) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Three of the three-count indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three of the three count indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of aiding and abetting the distribution of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 25) until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **March 20, 2020, at 9:00 a.m.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**